DANIEL G. BOGDEN
United States Attorney
KATHRYN C. NEWMAN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336 / Fax: (702) 388-5087



FILED
APR 28 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>STACY JOHNSON,<br><br>DEFENDANT. | CRIMINAL INDICTMENT<br><br>2:10-CR-__190__<br><br>VIOLATIONS:<br><br>29 U.S.C. § 501(c) - Embezzlement from Union<br>29 U.S.C. § 439(c) - Falsifying Union Records |

**THE GRAND JURY CHARGES THAT:**

At all times material to this Indictment, the Laborers' International Union of North America, Local 872 ("the Union"), was a labor organization engaged in an industry affecting commerce, subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, *et seq.*, and required to file an annual financial report with the Secretary of Labor.

**COUNT ONE**
Embezzlement From Union

From in or about June 2006 to in or about April 2009, in the State and Federal District of Nevada,

**STACY JOHNSON,**

defendant herein, while a person employed directly by the Union, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys and funds of the Union, that is, she stole approximately $45,500 in membership dues and initiation fees paid by union members on approximately 96 different occasions while employed as a cashier for the Union.

All in violation of Title 29, United States Code, Section 501(c).

### COUNT TWO
Falsification of Financial Records Required
To Be Kept by Labor Union
(2006)

From on or about June 12, 2006, to on or about December 31, 2006, in the State and Federal District of Nevada,

**STACY JOHNSON,**

defendant herein, did willfully make a false entry in, conceal, withhold and destroy a record required to be kept by Title 29, United States Code, Section 436, that is, records and receipts relating to membership dues and deposits, which are matters required to be reported in the annual financial report of the Union that is filed with the Secretary of Labor for the Union's fiscal year ending on December 31, 2006.

All in violation of Title 29, United States Code, Section 439(c).

### COUNT THREE
Falsification of Financial Records Required
To Be Kept by Labor Union
(2007)

From on or about January 1, 2007, to in or about December 31, 2007, in the State and Federal District of Nevada,

**STACY JOHNSON,**

defendant herein, did willfully make a false entry in, conceal, withhold and destroy a record

required to be kept by Title 29, United States Code, Section 436, that is, records and receipts relating to membership dues and deposits, which are matters required to be reported in the annual financial report of the Union that is filed with the Secretary of Labor for the Union's fiscal year ending on December 31, 2007.

All in violation of Title 29, United States Code, Section 439(c).

### COUNT FOUR
Falsification of Financial Records Required
To Be Kept by Labor Union
(2008)

From on or about January 1, 2008, to in or about December 31, 2008, in the State and Federal District of Nevada,

**STACY JOHNSON,**

defendant herein, did willfully make a false entry in, conceal, withhold and destroy a record required to be kept by Title 29, United States Code, Section 436 , that is, records and receipts relating to membership dues and deposits, which are matters required to be reported in the annual financial report of the Union that is filed with the Secretary of Labor for the Union's fiscal year ending on December 31, 2008.

All in violation of Title 29, United States Code, Section 439(c).

### COUNT FIVE
Falsification of Financial Records Required
To Be Kept by Labor Union
(2009)

From on or about January 1, 2009, to in or about April 10, 2009, in the State and Federal District of Nevada,

**STACY JOHNSON,**

defendant herein, did willfully make a false entry in, conceal, withhold and destroy a record required to be kept by Title 29, United States Code, Section 436, that is, records and

receipts relating to membership dues and deposits, which are matters required to be reported in the annual financial report of the Union that is filed with the Secretary of Labor for the Union's fiscal year ending on December 31, 2009.

All in violation of Title 29, United States Code, Section 439(c).

**DATED:** this __28__ day of April 2010.

**A TRUE BILL:**

_____/S/_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*/s/ Kathryn Newman*

KATHRYN C. NEWMAN
Assistant United States Attorney