```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
                            )
    Plaintiff(s),           )
                            )    2:10-cr-190-GMN-RJJ
vs.                         )
                            )    MINUTES OF THE COURT
STACY JOHNSON,              )
                            )    DATED: March 29, 2012
                            )
    Defendant(s).           )
                            )
```

THE HONORABLE **GLORIA M. NAVARRO** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK  MELISSA JAIME   COURT REPORTER ARACELI BARENG

COUNSEL FOR PLAINTIFF(S) KATHRYN NEWMAN, ROGER YANG

COUNSEL FOR DEFENDANT(S) C. STANLEY HUNTERTON

MINUTES OF PROCEEDINGS: **JURY TRIAL (DAY THREE)**

The Court convenes at 8:15a.m. OUTSIDE THE PRESENCE OF THE JURY. The Defendant is present. Burt Goodrich is present with defense counsel. Agent Oluseyi Olowolafe is present with the Government.

The Court hears arguments of counsel regarding Government's Motion in Limine #103. The Court will allow the testimony of Charisa Overton, Lois Shelton, Louis Preziosi, and Anthony Valdez. Yolanda Dyess is withdrawn. The Court will reserve ruling on Keith Tubin, Jessica Smith and Michael Wilcox.

8:53a.m. The jury enters. ALL MEMBERS ARE PRESENT.

**JEREMY EICHHORN**, having been previously sworn, resumes the stand and testifies.

**Government Exhibit: 7**, marked and admitted into evidence.

Court recesses from 10:44a.m. - 11:17a.m.

UNITED STATES V. STACY JOHNSON                                    PAGE 2
2:10-CR-190-GMN-RJJ

Court reconvenes. The jury enters. ALL MEMBERS ARE PRESENT.

**JEREMY EICHHORN,** resumes the stand, examination of witness continues, then excused. The Court advises the witness that he may be recalled by defense counsel.

**Defendant Exhibit: 540,** marked and admitted into evidence.

**Court Exhibits: 14 - 19:** Jury questions of Jeremy Eichhorn.

**FAVIOLA SANCHEZ,** is called to the stand. The witness is sworn, testifies, then excused.

**EFRAIN JOACHIN,** is called to the stand. The witness is sworn, testifies, then excused.

**Court Exhibit: 20:** Jury question of Efrain Joachin.

The government reads into the record government's exhibits that have previously been admitted. **1-6, 8-10, 11, 12, 14-23, 25-29, 31-35, 37-40, 42-52, 54-58, 60-62, 64-82, 84, 13, 32A, 53, 59, 73A and 83.**

**LUIS MENDOZA,** is called to the stand. Witness is sworn, testifies, then excused.

**ALAN WEISS,** is called to the stand. Witness is sworn, testifies.

SIDEBAR 12:42p.m. - 12:52p.m. The jury is excused during this time.

12:56p.m. The jury enters. ALL MEMBERS ARE PRESENT.

The Court excuses Mr. Weiss until 3/30/2012.

The Court reads into the record Stipulated Facts #1-4.

**Government Exhibits: 91-94.**

The Jury is admonished and excused at 1:03p.m.

OUTSIDE THE PRESENCE OF THE JURY: Discussions are held regarding witness Jeremy Eichhorn.

UNITED STATES V. STACY JOHNSON                                      PAGE 3
2:10-CR-190-GMN-RJJ

On motion of the Government, Counts 3 and 4 of the Superseding Indictment are DISMISSED.

**IT IS HEREBY ORDERED the trial in this matter shall continue FRIDAY, MARCH 30, 2012 at 10:00 a.m.**

Court adjourns 1:15p.m.


                                          LANCE S. WILSON, CLERK
                                          U.S. DISTRICT COURT

                                          BY:  /s/ Melissa Jaime
                                          Courtroom Administrator