UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>              Plaintiff,<br><br>vs.<br><br>STACY JOHNSON<br><br>              Defendant. | District No.   2:10-CR-190 GMN RJJ |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On September 18, 2012 this court received transcript order forms dated September 17, 2012 requesting Transcripts of the hearings held on November 28, 2011 and March 27, 2012 from Mr. Mario D. Valencia, counsel for the Defendant, Stacy Johnson , in which portions of the hearings are sealed.

      **IT IS THE ORDER OF THE COURT** that portions of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant's Counsel.

      **IT IS FURTHER ORDERED** that the portions of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

      **IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of the transcripts to anyone other than the representatives of the parties directly concerned with this case.

      DATED this _19_ day of September, 2012.

                                                                                                            Gloria M. Navarro<br>
                                                                                       United States District Judge