Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**April 16, 2015**

Name of Offender: **Stacy Shanease Johnson**

Case Number: **2:10CR00190**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **August 23, 2012**

Original Offense: **Embezzlement from Union; Falsifying Union Records (3 counts)**

Original Sentence: **12 months custody; 1 year supervision to follow**

Date Supervision Commenced: **September 26, 2014**

## PETITIONING THE COURT

☐ To extend the term of supervision ___ Months, for a total term of ___ Months.

☒ To modify the conditions of supervision as follows:

1. **Restitution Payment** – Restitution shall be paid in monthly installments of at least $100, during the period of supervised release.

## CAUSE

Pursuant to Johnson's Judgment and Commitment she is required to pay no less than $500 monthly towards her restitution obligation. Based on our financial investigation, Johnson lacks the financial resources to pay $500 a month towards this obligation. It has been determined that Johnson can reasonably pay $100 a month at this time. There is no indication that Johnson is living above her stated financial means or spending monies on unnecessary luxury items. Therefore, we request the Court to modify her conditions setting the minimum payment at no less than $100 per month, subject to an upward adjustment of not more than 10% of his gross

RE: Stacy Shanease Johnson

Prob12B
D/NV Form
Rev. June 2014

income. This modification will enhance our efforts in maximizing collection while providing flexibility in adjusting his payment based on his ability to pay.

Johnson does not oppose this modification and waived her right to both an attorney and a hearing. The form is attached for the Court's review.

Respectfully submitted,

*Rebecca Capstick*
Rebecca L. Capstick 2015.05.05 13:27:06 -07'00'

Rebecca L. Capstick
United States Probation Officer

Approved:

Robert Aquino
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above

☒ Other (please include Judicial Officer instructions below):
AMENDED
Request for modification of defendant's restitution obligation is **DENIED**.  Ms. Johnson shall pay restitution as ordered by this Court on August 22, 2013, as set forth in the Schedule of Payments on page 7 of the Amended Judgment (ECF No. 185).

**IT IS SO ORDERED.**

Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 05/20/2015**

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Restitution Payment**-Restitution shall be paid in monthly installments of at least $100, during the period of supervised release.

Witness _Rebecca Gostick_      Signed _____
U.S. Probation Officer               Probationer or Supervised Releasee

4/13/15
Date